E-FILED
Friday, 07 September, 2018  12:39:50 PM
Clerk, U.S. District Court, ILCD

AO 106 (Rev. 01/09)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No. 18- mj-6074 |
| IN THE MATTER OF THE SEARCH OF | ) |
| CONTENT OF, AND RECORDS RELATING TO TUMBLR ACCOUNT / USER ic208 MARY STREET, | ) |
| WASHINGTON, ILLINOIS, INCLUDING ANY RESIDENCE, APPURTENANCES, STORAGE UNITS / | ) |
| OUTBUILDINGS, AND AUTOMOBILES IN AND ON THE PREMISES; A 1999 DODGE SUV; PERSON | ) |
| OF AARON HILL | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Central_____ District of _____Illinois_____ *(identify the person or describe property to be searched and give its location):*  See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:  See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § __2252A(a)(2)__ , and the application is based on these facts:

The search is also related to violations of Title 18, U.S.C. § 2252A(a)(5)(B). Please see the attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Steven C. Smith

*Applicant's signature*

_____Steven C. Smith, Task Force Officer, DHS-HSI_____
*Printed name and title*

**Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d)**
s/ Jonathan E. Hawley

Date:  ___09/07/2018___

*Judge's signature*

City and state:  Rock Island, Illinois

_____JONATHAN E. HAWLEY, U.S. MAGISTRATE JUDGE_____
*Printed name and title*

**AFFIDAVIT**
**IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Steven C. Smith, being duly sworn on oath state the following:

1. I am a Detective with the Washington, Illinois, Police Department and I have been employed as a police officer since 2003. I am currently assigned as a Task Force Officer (TFO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Springfield, Illinois. As part of my responsibilities as an HSI TFO, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media. I have received training in the area of peer-to-peer trading of child pornography and child exploitation offenses. I have been the affiant for over 50 search warrants and over 100 state arrest warrants. I have also participated in the execution of numerous state and federal search warrants that were based on alleged child exploitation and/or child pornography offenses.

2. As a Task Force Officer with DHS, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

4. This affidavit is made in support of a search warrant for the premises located at 208 Mary Street, Washington, Tazewell County, Illinois, including any residence, appurtenances, storage units/outbuildings, and automobiles in and on the premises (the SUBJECT PREMISES), a 1999 Dodge Sport Utility Vehicle, and the person of Aaron M. Hill (DOB: 05/23/1995). The SUBJECT PREMISES, the 1999 Dodge SUV registered to Aaron Hill, and Aaron M. Hill are more particularly described in Attachment A.

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of 18 U.S.C. § 2252A, related to material involving the sexual exploitation of minors.

   a.   18 U.S.C. § 2252A(a)(2) prohibits knowingly receiving or distributing

any child pornography that has been mailed or shipped or transported

in interstate or foreign commerce by any means, including by

computer.

      b.     18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly

 possessing any book, magazine, periodical, film, videotape, computer

disk, or other material that contains an image of child pornography

that has been mailed, shipped, or transported in interstate or foreign

commerce by any means, including by computer, or that was

produced using materials that have been mailed, shipped, or

transported in interstate or foreign commerce by any means, including

by computer.

## PROBABLE CAUSE

### CYBERTIPLINE REPORT # 34166525 – TUMBLR

6.  I know the following about "Tumblr, Inc.," (Tumblr) generally:

      a.     Tumblr the name of an Electronic Service Provider (ESP) that is

located in New York, New York. Tumblr is a media network that allows users to

create, post, share, and follow digital media at any time from a computer or other

electronic storage device, like cellular phones or tablets.

      b.     To sign up for a Tumblr account, a user must provide an e-mail

address, a password and create a username. Tumblr also asks the user to identify

their age and agree to a Terms of Service. A user must also complete a task to

prove they are not a robot.

      c.      Once an account is created, a user must select five categories. These

categories are general topics, such as fashion, politics, history and education.

      d.      After creating the account and selecting five categories, a user can

post and view items. Users can post videos and images and can comment on

other user's posts. Tumblr offers users messaging capabilities, an inbox, an

activity tracker, and other items to enhance their experience.

      e.      Tumblr is accessible on Internet browsers on computers and

portable digital devices, including cellular telephones. Tumblr offers applications

for portable digital devices. Tumblr also offers browser extensions for Google's

Chrome Browser and the Firefox Browser.

    7.  On July 26, 2018, I received CyberTipline Report # 34166525 from the

Illinois Attorney General's Office. Tumblr personnel reported an individual, with

the username of "icesex95" had uploaded suspected child pornography files to

Tumblr on June 6, 2018 at 16:50:00 UTC.  (Note: the CyberTipline Report stated

that Tumblr personnel had viewed the uploaded files).

    8.  Within CyberTipline Report # 34166525, Tumblr personnel provided two

digital files of suspected child pornography that were uploaded to the "icesex95"

account.  I have viewed the files and the descriptions are below:

a. The first file name is: 174467566646.jpg, MD5 Hash Value: a2e9472f5fff7115f7b334df5598333a. This digital image depicts a white male, approximately 4 to 6 years old lying face down. He is positioned with his stomach touching what appears to be a bedspread and he is holding up his left arm in a position to that allows him to rest his head as if he is watching something. The boy is wearing a white undershirt and a pair of white underwear. The underwear is pulled down exposing the child`s buttock. Although this image in itself is not child pornography as defined by federal law, this is a known image from an identified child pornography series known as "8kids".

b. The second file name is: 174467566646_0.jpg, MD5 Hash Value: a2e9472f5fff7115f7b334df5598333a. This digital image depicts a white male, approximately 4 to 6 years old laying down. He is positioned with his stomach touching what appears to be a bedspread and he is holding up his left arm in a position to that allows him to rest his head as if he is watching something. The boy is wearing a white undershirt and a pair of white underwear. The underwear is pulled down exposing the child`s buttock. Although this image in itself is not child pornography as defined by federal law, this is a known image from an identified child pornography series known as "8kids".

      c.      From my training and experience, I am aware that someone who is viewing or posting images within a child pornography series, such as "8kids," is also most likely viewing or possessing the corresponding images containing child pornography.

9.  The CyberTipline report from Tumblr also provided information on the user of account associated with "icesex95." The e-mail account for the user is 59915544ma@gmail.com. Also, the user's last IP Address at the time of the CyberTipline Report was 2601:242:8200:b440:2905:386f:19e1:c251. This information was used to further the investigation to identify the user of account associated with "icesex95."

10.  On or about July 26, 2018, an inquiry of the American Registry for Internet Numbers (ARIN), revealed this same IP Address, 2601:242:8200:b440:2905:386f:19e1:c251, is registered to Comcast Cable Communications, LLC (Comcast). On or about July 26, 2018, I accessed Maxmind.com, a Geo-location website, and determined that this IP Address, 2601:242:8200:b440:2905:386f:19e1:c251, is registered to the area of Washington, Illinois.

11.  Further, on August 14, 2017, Comcast responded to a DHS summons and reported that IP Address 2601:242:8200:b440:2905:386f:19e1:c251 was assigned to Tiffany Doyle at the SUBJECT PREMISES.  Comcast reported Tiffany's telephone

number as 309-340-8307 and her e-mail address as tiffanyd17@comcast.net. It

should be noted that this was the case at the time user icesex95 uploaded the files

noted in paragraph 8(a) and 8(b).

**CYBERTIPLINE REPORT # 33837307 – INSTAGRAM**

12.  I know the following about Instagram, generally.

    a.     Instagram, which is owned by Facebook Inc., is a social media

network that allows users to create, post, share, and follow other users at any

time from a computer or other electronic storage device, like cellular phones

or tablets.

    b.     Instagram is accessible to users through browsers on computers and

other portable digital devices, including cellular phones. Instagram also offers

standalone applications for portable digital devices.

    c.     To sign up for an Instagram account, a user must provide an e-mail

address or a telephone number, a password, and create a username.

13.  On July 26, 2018, I received CyberTipline Report # 33837307 from the

Illinois Attorney General's Office, in which Instagram personnel reported an

individual, with the username of "59915544ma" had uploaded a suspected child

pornography file to Instagram on May 31, 2018 at 16:05:10 UTC. (Note: the

CyberTipline Report stated that Instagram personnel had viewed the uploaded

file).

14.  Within CyberTipline Report # 33837307, Instagram personnel provided a single digital file of suspected child pornography that the user uploaded to the 59915544ma account. I have viewed the file and the description is below:

    a.    The file name is:

9u57g6vn2dk4ss4032343968_434512646997428_8008788880780165120_n.jpg

This file depicts a female approximately 11 to 13 years old lying on a table. The female is completely nude. The female is bound with tape on her wrist and ankles. The female has a red in color item inserted in her anus.

15.  The CyberTipline report from Instagram also provided the email account associated with 59915544ma. Specifically, the user's e-mail address is 59915544ma@gmail.com.

16.  On August 2, 2018, to further my investigation on CyberTipline Report # 33837307, I submitted a search warrant 18-MJ-6067 issued by the United States District Court for the Central District of Illinois regarding Instagram user 59915544ma to Facebook, INC.

17.  On August 2, 2018, Facebook, INC. responded by providing specific account information for Instagram user 59915544ma. Specifically, the user listed his first name as Aaron, and registered the account on January 21, 2018.

    a.    Additionally, Facebook, INC. included one (1) media file that

was linked to the account. The file is a video that depicts a white male masturbating, and his face is visible.

b.   I compared the white male's face in this file with a know photo of Aaron M. Hill (DOB: 05/23/1995) from his public Facebook page. Based on this comparison, I believed this white male associated with Instagram user 59915544ma is Aaron M. Hill (DOB: 05/23/1995) of Washington, Illinois.

c.   Facebook, INC. also provided a file named ncmec_reports_2094006607294348.jpg.  This is the file, noted in paragraph 14(a), which Instagram reported to NCMEC in CyberTipline Report # 33837307.  Based on my observation, this is child pornography as defined by Title 18, U.S.C. § 2252A.

## CYBERTIPLINE REPORT # 36642691 – TUMBLR

18.  On August 8, 2018, I received CyberTipline Report # 36642691 from the Illinois Attorney General's Office. Tumblr personnel reported an individual, with the username of "icewolfperv" had uploaded suspected child pornography files to Tumblr on July 15, 2018 at 12:17:00 UTC. (Note: the CyberTipline Report stated that Tumblr personnel had viewed the uploaded files).

19.  As part of CyberTipline Report # 36642691 Tumblr personnel provided seven digital files that were uploaded to the "icewolfperv" account. I have

viewed each of the seven files and determined one file is child pornography.
That file is described below by its name, MD5 hash value and description:

a.      The file name is: conversation_185405741_1531657047945.jpg, MD5
Hash Value: C3BD9217F57E4DEDB3375C023E74CB4B. This digital image
depicts a male, approximately 6 to 8 years old performing fellatio on an adult
male. The adult male's penis is erect in this image.

20.  This CyberTipline report from Tumblr also included specific account
information for the user associated with "icewolfperv" account. Specifically, the
e-mail account for the user is 5544noraa@gmail.com. It should be noted that this
Tumblr account and email account have certain common elements with other
evidence already discussed.

a.      The numbers "5544" are present in this email account
5544noraa@gmail.com associated with Tumblr user "icewolfperv;" and,
Instagram user 59915544ma. Also, the gmail account associated with Tumblr
user "icesex95" is 59915544ma@gmail.com

b.      Additionally, the word "ice" is found in both Tumblr user
"icewolfperv;" and, with Tumblr user "icesex95."

c.      The numbers "95" in Tumblr user "icesex95" also corresponds to
Aaron Hill's year of birth - 1995.

**GOOGLE, INC. RESPONSE TO SEARCH WARRANT 18-MJ-6067**

21. As noted above, the same Gmail address of 59915544ma@gmail.com, was associated with CyberTipline Report # 34166525 (Tumblr) and # 33837307 (Instagram). Therefore, I submitted search warrant 18-MJ-6066 issued by the United States District Court for the Central District of Illinois, to Google, INC. Google, INC owns Tumblr and Instagram.

22. On August 14, 2018, in response to that search warrant, Google, INC., provided specific information about the user of the Gmail account 59915544ma. The name associated with the account was "A Ro." Notably the recover email account was 5544noraa@gmail.com. This is the same email account that was associated with the Tumblr account "icewolfperv," which was part of CyberTipline Report # 36642691 (Tumblr). Additionally, Gmail account 59915544 was created on August 25, 2017 at 21:23:17 (UTC).

a.     Google, INC., also provided content that included over 2000 e-mails for 59915544ma@gmail.com. I reviewed a sample of these emails. Most notably, the name listed with this e-mail address is Aaron Hill.

**INVESTIGATION OF AARON M. HILL (DOB: 05/23/1995)**

23. According to an inquiry of Illinois Secretary of State (SOS) records, Aaron Hill has a 1999 Dodge Utility registered to him at the SUBJECT PREMISES.

24. SOS records also show Aaron Hill has a valid Illinois's driver's license with a listed address as the SUBJECT PREMISES.

25. Since August 15, 2018, your Affiant has observed the 1999 Dodge Utility registered to Aaron Hill numerous times, including early morning hours, at the SUBJECT PREMISES.

26. According to Tazewell County Court Records (2018-TR-011522), Aaron Hill received a citation on or about August 10, 2018 for Operating an Uninsured Motor Vehicle.  In this specific case, Aaron Hill's address is listed at the SUBJECT PREMISES.

27. According to Washington Police Department (WPD) Records, On August 29, 2018, Sgt. Tyler Willi with the WPD, completed a traffic stop on Aaron Hill. Aaron was driving the 1999 Dodge Utility that is registered to him. Sgt. Willi gave Aaron a verbal warning for a traffic infraction.

28. According to Tazewell County Sheriff's Office Report 13-00174, Detective Eric Goeken and Detective Cy Taylor interviewed Aaron Hill on January 30, 2014 regarding Aaron possessing child pornography. At the time of this incident, Aaron Hill was 17-years old and lived with his mother at 24553 Pleasant View Road in Washington, Illinois.

a.      During that investigation, a male told Sgt. Scott Workman with the Greenville Police Department (IL) that he had previously sent child

pornography to Aaron Hill of Washington. The male stated he sent the child

pornography to Aaron Hill using the messaging application Kik and through

standard messaging.

b.       Detective Goeken contacted Pamela Hill, the mother of Aaron Hill,

and requested and received permission to interview Aaron. During the

interview, Aaron told Detective Goeken that the male sent him an image of a

boy, between the age of 10 and 12, performing fellatio on another boy about

the same age. Aaron also acknowledge that other people have sent him child

pornography through text messages.

c.       Detective Goeken completed a forensic exam on Aaron's cell phone

and located over 20 files containing child pornography.

29. According to Tazewell County Assessment Office records, Pamela Hill is

listed as the tax payer for the SUBJECT PREMISES.

30. Based upon my own knowledge, experience, and training in child

exploitation and child pornography investigations, and the training and

experience of other law enforcement officers with whom I have had discussions,

there are certain characteristics common to individuals involved in the receipt

and collection of child pornography:

a.       Child pornography collectors may receive sexual gratification,

stimulation, and satisfaction from contact with children; or from fantasies

they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

b.      Collectors of child pornography may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Child pornography collectors oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c.      Collectors of child pornography almost always possess and maintain their "hard copies" of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location.  Child pornography collectors typically retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

d.      Likewise, collectors of child pornography often maintain their
collections that are in a digital or electronic format in a safe, secure and
private environment, such as a computer, a mobile device or external hard
drive. These collections are often maintained for several years and are kept
close by, usually at the collector's residence, to enable the collector to view the
collection, which is valued highly.

e.      Child pornography collectors also may correspond with and/or
meet others to share information and materials; rarely destroy
correspondence from other child pornography distributors/collectors; conceal
such correspondence as they do their sexually explicit material; and often
maintain lists of names, addresses, and telephone numbers of individuals
with whom they have been in contact and who share the same interests in
child pornography.

f.      Collectors of child pornography prefer to have continuous access to
their collection of child pornography. This behavior has been documented by
law enforcement officers involved in the investigation of child pornography
throughout the world.

31. Your Affiant has conducted numerous investigations related to the
possession, production and distribution of child pornography. At least two of
these investigations involved the suspects of those investigations producing

and/or possessing child pornography on their cell phone. Your Affiant is aware that mobile devices, such as tablets, laptops, and cell phones, are portable, capable of being stored or left in a vehicle, and have the capability to access the Internet. Furthermore, your Affiant participated in an investigation in which a person possessing digital child pornography files on a computer, purposely kept his computer in his vehicle. That specific person maintained other computers that did not contain child pornography in his home.

32. Based on my own experience and consultation with other agents who have been involved in the search of computers and retrieval of data from computer systems and related peripherals, and computer media, there are several reasons why a complete search and seizure of information from computers often requires seizure of all electronic storage devices, as well as all related peripherals, to permit a thorough search later by qualified computer experts in a laboratory or other controlled environment:

a.     Computer storage devices, such as hard disks, diskettes, tapes, compact disks, and DVDs, can store the equivalent of hundreds of thousands of pages of information. Additionally, when an individual seeks to conceal information that may constitute criminal evidence, that individual may store the information in random order with deceptive file names. As a result, it may be necessary for law enforcement authorities performing a search to examine

all the stored data to determine which particular files are evidence or

instrumentalities of criminal activity. This review and sorting process can take

weeks or months, depending on the volume of data stored, and would be

impossible to attempt during a search on site; and

      b.     Searching computer systems for criminal evidence is a highly

technical process, requiring expert skill and a properly controlled

environment. The vast array of computer hardware and software available

requires even those who are computer experts to specialize in some systems

and applications. It is difficult to know before a search what type of hardware

and software are present; and therefore, which experts will be required to

analyze the subject system and its data. In any event, data search protocols are

exacting scientific procedures designed to protect the integrity of the evidence

and to recover even hidden, erased, compressed, password-protected, or

encrypted files. Since computer evidence is extremely vulnerable to

inadvertent or intentional modification or destruction (from external sources

or from destructive code imbedded in the system as a booby trap), a

controlled environment is essential to its complete and accurate analysis.

33.  Based on my own experience and my consultation with other agents who

have been involved in computer searches, searching computerized information

for evidence or instrumentalities of a crime often requires the seizure of all of a

computer system's input and output peripheral devices, related software,

documentation, and data security devices (including passwords) so that a

qualified computer expert can accurately retrieve the system's data in a

laboratory or other controlled environment. There are several reasons that

compel this conclusion:

a.      The peripheral devices, such as mouse, monitors, and keyboards,

that allow users to enter or retrieve data from the storage devices vary widely

in their compatibility with other hardware and software. Many system

storage devices require particular input/output devices in order to read the

data on the system. It is important that the analyst be able to properly re-

configure the system as it now operates in order to accurately retrieve the

evidence listed above. In addition, the analyst needs the relevant system

software (operating systems, interfaces, and hardware drivers) and any

applications software which may have been used to create the data (whether

stored on hard drives or on external media), as well as all related instruction

manuals or other documentation and data security devices;

b.      In order to fully retrieve data from a computer system, the analyst

also needs all magnetic storage devices (disc, hard drives, etc.) as well as the

central processing unit (CPU). In cases like the instant one where the evidence

consists partly of image files, the monitor and printer are also essential to

show the nature and quality of the graphic images that the system could produce. Further, the analyst again needs all the system software (operating systems or interfaces, and hardware drivers) and any applications software which may have been used to create the data (whether stored on hard drives or on external media) for proper data retrieval; and

34. I am familiar with and understand the implications of the Privacy Protection Act (PPA), 42 U.S.C. § 2000aa, and the role of this statute in protecting First Amendment activities. I am not aware that any of the materials to be searched for and seized from the SUBJECT PREMISES are protected materials pursuant to the PPA. If any such protected materials are inadvertently seized, all efforts will be made to return these materials to their authors as quickly as possible.

35. Based on my own experience and consultation with other agents who have been involved in the search of computers (and other devices capable of storing digital media, such as telephones, tablets, and other mobile devices) and the retrieval of data from computer systems and related peripherals, it is common for such items to be transported or stored in automobiles. Further, it is common for such items to be stored on common storage areas of a residence, including garage areas and storage units, when those devices have been broken

or replaced by newer equipment. Further, even when these digital media devices

have been stored for months or years, digital evidence can often be recovered

from them.

## CONCLUSION

36.  Your Affiant concludes that there is probable cause to believe that Aaron

M. Hill (DOB: 05/23/1995) is the person responsible for uploading the files listed

in each of the CyberTipline Reports. Furthermore, your Affiant concludes Aaron

M. Hill resides at the SUBJECT PREMISES. Based on these facts listed in this

Affidavit, and the conduct of individuals involved in the collection of child

pornography set forth above, namely, that they tend to maintain their collections

at a secure, private location for long periods of time, there is probable cause to

believe that evidence of the offenses of receiving, and possessing child

pornography is currently located at the SUBJECT PREMISES, on the person of

Aaron M. Hill, and / or within the 1999 Dodge Utility registered to Aaron M.

Hill.

37.  I respectfully request that this Court issue a search warrant for the

SUBJECT PREMISES, the person of Aaron M. Hill, and the 1999 Dodge Utility as

more particularly described and depicted in Attachment A, authorizing the

search for and seizure of the items described in Attachment B.

THERE ARE NO FURTHER STATEMENTS.

s/ Steven C. Smith

Steven C. Smith
Task Force Officer
Department of Homeland Security
Homeland Security Investigations

**Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d)**
**Sep 7, 2018**

s/ Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge

**ATTACHMENT A**
**THE SUBJECT PREMISES**

The SUBJECT PREMISES to be searched is located at 208 Mary Street, Washington, Tazewell County, Illinois. The SUBJECT PREMISES is located on the east side of the street. The SUBJECT PREMISES is a single-family home constructed with gray siding. The SUBECT PREMISES has a white in color screen door. The number "208" is on the home facing Mary Street.

The person of Aaron M. Hill (DOB: 05/23/1995) is described as a white male who is approximately 5 feet and 9 inches tall, weighs about 120 pounds.

The red in color Dodge Utility is a Dodge Durango that is has 4-doors and is registered to Aaron Hill. It can be seen in the image below.

The SUBJECT PREMISES to be searched includes, but is not limited to, any residence, vehicle, appurtenance, storage unit/outbuilding in and on the SUBJECT PREMISES. The items to be searched for and seized from the SUBJECT PREMISES, the person of Aaron M. Hill and the 1999 Dodge Utility are set forth in Attachment B.

## ATTACHMENT A
## THE SUBJECT PREMISES

 

## ATTACHMENT B

### ITEMS TO BE SEARCHED FOR AND SEIZED

1. Images of child pornography and files containing images of child pornography as defined by 18 U.S.C. § 2252A in any form wherever they may be stored or found.

2. Computer(s), computer hardware, software, related documentation, passwords, data security devices (as described below), videotapes, video recording devices, video recording players, and/or monitors. The following definitions apply to the terms as set out in this affidavit and attachment:

   a.    Computer Hardware

Computer hardware consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, telephones and portable devices, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, cable modems,

wireless network routers, and related communications devices such as cables

and connections), as well as any devices, mechanisms, or parts that can be

used to restrict access to computer hardware (including but not limited to

physical keys and locks).

    b.    Computer Software

Computer software is digital information which can be interpreted by a

computer and any of its related components to direct the way they work.

Software is stored in electronic, magnetic, or other digital form. It commonly

includes programs to run operating systems, applications, and utilities.

    c.    Documentation

Computer-related documentation consists of written, recorded, printed, or

electronically stored material which explains or illustrates how to configure or

use computer hardware, software, or other related items.

    d.    Passwords and Data Security Devices

Computer passwords and other data security devices are designed to restrict

access to or hide computer software, documentation, or data. Data security

devices may consist of hardware, software, or other programming code. A

password (a string of alpha-numeric characters) usually operates a sort of

digital key to "unlock" particular data security devices. Data security

hardware may include encryption devices, chips, and circuit boards. Data

security software of digital code may include programming code that creates

"test" keys or "hot" keys, which perform certain pre-set security functions

when touched. Data security software or code may also encrypt, compress,

hide, or "booby-trap" protected data to make it inaccessible or unusable, as

well as reverse the progress to restore it.

3.   Any and all notes, documents, records, or correspondence pertaining to

child pornography as defined under Title 18, United States Code, § 2256(8).

4.   Any and all diaries, address books, names, and lists of names and

addresses of individuals who may have been contacted by use of the computer

and/or for the purpose of distributing child pornography.

5.   Any and all correspondence identifying persons transmitting, through

interstate commerce including by United States Mails or by computer, any visual

depictions of minors engaged in sexually explicit conduct, as defined in Title 18,

United States Code, § 2256(2).

6.   Any and all records, documents, invoices and materials that concern any

accounts with any Internet Service Provider.

7.   Any and all cameras, film, or other photographic equipment.

8.   Any and all visual depictions of minors.

9.   Any and all address books, mailing lists, supplier lists, mailing address

labels, and any and all documents and records pertaining to the preparation,

purchase, and acquisition of names or lists of names to be used in connection

with the purchase, sale, trade, or transmission, through interstate commerce

including by United States Mails or by computer, and visual depiction of minors

engaged in sexually explicit conduct, as defined in Title 18, United States Code, §

2256(2).

10. Any and all address books, names, and lists of names and addresses of

minors visually depicted while engaged in sexually explicit conduct, as defined

in Title 18, United States Code, § 2256(2).

11. Any and all documents, records, or correspondence pertaining to

occupancy at SUBJECT PREMISES.

12. Any and all cell phones, tablets, or mobile device and the content, data

and information contained in said devices to include any storage media, such as

SD cards and Micro SD cards and the like.

13. Any and all diaries, notebooks, notes, and any other records reflecting

personal contact and any other activities with minors visually depicted while

engaged in sexually explicit conduct, as defined in Title 18, United States Code, §

2256(2). Any of the items described in paragraphs 1 through 12 above which are

stored in the form of magnetic or electronic coding on computer media or on

media capable of being read by a computer with the aid of computer-related

equipment, including floppy diskettes, fixed hard disks, or removable hard disk

cartridges, software or memory in any form.